UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 13-091-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE DE LA ROSA, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

*** *** *** ***

Defendant Jose De La Rosa worked for a criminal organization responsible for bringing drugs across the border from Mexico into Texas, and then transporting the drugs via tractor trailer to destinations in the eastern part of the United States.  De La Rosa recruited drivers to transport between 1,000 and 3,000 kilograms of marijuana from Texas. [Record No. 252, pp. 1–2]  He pleaded guilty on October 22, 2013, to conspiring to distribute more than 1,000 kilograms of marijuana as charged in Count 1 of the Second Superseding Indictment. [Record No. 154]  On March 5, 2014, De La Rosa was sentenced to 78 months imprisonment. [Record No. 255]  This matter is now pending for consideration of the defendant's motion to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). [Record No. 323]  For the reasons discussed below, De La Rosa's motion will be denied.[1]

---

[1] The Court previously considered and denied the defendant's request for the appointment of counsel and noted that a hearing is not necessary in proceedings filed under 18 U.S.C. § 3582(c)(2). [Record No. 315]

De La Rosa's Base Offense Level was calculated as 32 based on the quantity of drugs attributed to his action. He received a two-level safety valve reduction pursuant to U.S.S.G. §§ 2D1.1(b)(17) and § 5C1.2(a)(1)–(5). As a result, De La Rosa he was not subject to the otherwise applicable, statutory minimum ten-year term of imprisonment. 21 U.S.C. § 841(b)(1)(A). The defendant also received a three-level reduction for acceptance of responsibility. Combined with his Criminal History Category of I, De La Rosa's non-binding guideline range for imprisonment was 70 to 87 months.

During the sentencing hearing, the Court denied the defendant's motion for a role reduction, finding that he had been involved in the conspiracy for over a year and received $13,000.00 for his services. [Record No. 280, pp. 8–9] The Court further declined to grant a downward variance based on the defendant's overall responsibility in comparison to the other defendants in the case. [*Id.*, p. 17]

All relevant factors outlined in 18 U.S.C. § 3553 were carefully considered in determining that a 78-month term of incarceration was necessary to meet all statutory goals. In considering De La Rosa's current motion for a sentence reduction, the Court has again evaluated the statutory factors under 18 U.S.C. § 3553(a), including the serious nature of the criminal conduct, the defendant's personal history and characteristics, the defendant's acceptance of responsibility, specific and general deterrence, the need to protect the public from potential, future crimes of the defendant, and possible sentencing disparities. However, analysis of these factors is unchanged since the time of sentencing.

De La Rosa played an important role (recruitment of truck drivers) in a serious drug crime. He has admitted responsibility for facilitating the transportation of over 1,000

kilograms of marijuana from Texas into the eastern part of the United States. This criminal conduct has a negative and harmful impact on society. A sentence reduction would unduly diminish the seriousness of the defendant's criminal conduct. Further, granting the defendant's motion would not provide sufficient deterrence to De La Rosa or to others who might be inclined to participate in similar criminal conduct. Accordingly, it is hereby

**ORDERED** that Defendant Jose De La Rosa's motion for reduction of his sentence [Record No. 323] is **DENIED**.

This 6th day of April, 2015.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge